# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIA GONZALEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADIR INTERNATIONAL, LLC d/b/a CURACAO, a foreign limited liability company; and DOES 1 to 10, inclusive<br><br>　　　　Defendants. | **Case No. 2:13-cv-03450-BRO-RZ**<br><br>**Honorable Beverly Reid O'Connell**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, MARIA GONZALEZ, against Defendants ADIR INTERNATIONAL, LLC d/b/a CURACAO, a foreign limited liability company; and DOES 1 to 10, inclusive, are dismissed, with prejudice. Plaintiff, MARIA GONZALEZ, and Defendant, ADIR INTERNATIONAL, LLC d/b/a CURACAO, shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 25, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　District Court Judge
　　　　　　　　　　　　　　　　　Central District of California